UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE OLD EVANGELINE DOWNS, L.L.C. d/b/a EVANGELINE DOWNS RACETRACK AND CASINO<br><br>VERSUS<br><br>REEL GAMES, INC. and MIKOHN GAMING CORPORATION | CIVIL ACTION<br><br>NO. 06-209-FJP-SCR<br><br>JUDGE POLOZOLA<br>MAG. JUDGE RIEDLINGER |

**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

The Court, having determined that there is no just reason for delay in directing the final judgment as to the claims of the Plaintiff herein, The Old Evangeline Downs, L.L.C. d/b/a Evangeline Downs Racetrack and Casino (hereafter "Evangeline Downs"), against Mikohn Gaming Corporation now known as Progressive Gaming International Corporation (hereinafter "Mikohn"), while the rights and liabilities of Evangeline Downs against Defendant, Reel Games, Inc., remain for adjudication:

It is therefore HEREBY ORDERED, ADJUDGED and DECREED, pursuant to Fed. Civ. P. 54(b), that the Ruling of this Court dated August 20, 2007 (R.Doc. 65) granting Mikohn's motion for summary judgment against Evangeline Downs, be, and is hereby deemed a final judgment in this action as to Evangeline Downs and Mikohn.

It further is HEREBY ORDERED, ADJUDGED and DECREED that the Petition of Evangeline Downs against Mikohn Gaming Corporation, now known as Progressive Gaming International Corporation, be and is hereby dismissed, with prejudice, and at Plaintiff's cost.

This 25th day of MARCH 2008.

F. J. Polozola
UNITED STATES DISTRICT JUDGE
by James J. Brady
U.S.A.J.

{N1769940.1}