UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THE OLD EVANGELINE DOWNS,
L.L.C., d/b/a/ EVANGELINE                    CIVIL ACTION NO.
DOWNS RACETRACK AND CASINO

VERSUS                                       06-209-FJP-SCR

REEL GAMES, INC. AND
MIKOHN GAMING CORPORATION


**<u>RULING</u>**

This matter is before the Court on the defendant/counter-claimant Reel Games, Inc.'s Motion for Summary Judgment on Plaintiff Evangeline Downs' main demand and also on Reel Games' counterclaim for damages.[1]  Evangeline Downs has filed an opposition to the motion.[2]  For written reasons that shall be assigned at a later date, Reel Games' Motion for Summary Judgment on the main demand is GRANTED, and Plaintiff's claims against Reel Games are dismissed with prejudice.  Reel Games' Motion for Summary Judgment on its counterclaim for damages is DENIED.

Baton Rouge, Louisiana, September 30, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA


_____

[1]Rec. Doc. No. 71.

[2]Rec. Doc. No. 76.